IN THE UNITED STATES DISTRICT COURT
for the EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**LANE JESTER, ADC # 127293**                                                                 **PETITIONER**

v.                                    **CASE NO. 5:14CV00361 BSM**

**WENDY KELLEY, Director,**
**Arkansas Department of Correction**                                              **RESPONDENT**

## ORDER

The proposed findings and recommended disposition submitted by United States Magistrate Judge Joe J. Volpe have been reviewed. No objections have been filed. After careful consideration, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that:

1. The petition for writ of habeas corpus [Doc. No.1] pursuant to 28 U.S.C. § 2254 filed by Lane Jester is dismissed without prejudice for failure to exhaust administrative remedies

2. All pending motions are DENIED as moot.

IT IS SO ORDERED this 3rd day of March 2015.

_____
UNITED STATES DISTRICT JUDGE